UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : 07-613-01 (SDW) |
| v. | : |
| EZRA MCCOMBS, | : |
| Defendant | : |
| | : ORDER |
| KORYNNE BERNARD | : |
| NEHEMIAH MCCOMBS and | : |
| DENNIS JUI | : |
| Sureties | : |

This matter having come before the Court on the application of Christopher J. Christie, United States Attorney for the District of New Jersey (by Sandra L. Moser, Assistant U.S. Attorney, appearing), with notice to John Tiffany, Esq. (attorney for defendant Ezra McCombs), on a Notice of Motion for Bond Forfeiture Judgment as to the collateral posted as bail in this matter; and for good cause shown;

IT IS THE FINDING OF THIS COURT that the United States' motion should be granted for the following reasons:

(1)  On or about May 30, 2007, bail was set in the above-entitled action for defendant Ezra McCombs at $150,000 by the Honorable Madeline Cox Arleo in the District of New Jersey;

(2)  On or about May 30, 2007, in the District of New Jersey, defendant Ezra McCombs, through his former attorney, James Bell, Esq., obligated himself and executed a bond in the amount of $150,000 with sureties Korynne Bernard, a girlfriend of defendant, Nehemiah McCombs, defendant's brother, and Dennis Jin, defendant's business associate. The conditions

of the bond provided that the defendant was to: be released to the custody of Korynne Bernard who would serve as third party custodian; maintain residence at the home of Korynne Bernard; surrender all passports and travel documents to pretrial services; report to pretrial services as directed; surrender his Virginia driver's license; not commit any offense in violation of federal, state or local law; and undergo drug and alcohol treatment if deemed necessary; and if the defendant failed to perform these conditions, payment of the bond would be due forthwith;

(3) Defendant Ezra McCombs left his residence on July 21, 2008, as represented by defense counsel, and has not reported to pretrial services since that date and time;

(4) Defendant Ezra McCombs was scheduled to appear in this Court on July 21, 2008, for a hearing regarding his pretrial motions, but defendant Ezra McCombs failed to appear in court and his attorney represented to the Court on the record that defendant Ezra McCombs had fled in anticipation of trial;

(5) Defendant Ezra McCombs breached the conditions of his release, and, on or about July 21, 2008, the Court issued a warrant for his arrest. The warrant remains outstanding;

(6) Defense counsel has stated that he advised Korynne Bernard, Nehemiah McCombs, and Dennis Jin of the United States' motion; and

(7) No party has opposed the United States' motion.

WHEREFORE, IT IS on this 23RD day of July, 2008

ORDERED that pursuant to Crim. R. 46(f) and Title 18, United States Code, Section 3146(d), the Office of the Clerk of the Court shall enter judgment in the amount of $150,000 against defendant, Korynne Bernard, Nehemiah McCombs, and Dennis Jin, and it is further

ORDERED that pursuant to Crim. R. 46(f) and Title 18, United States Code, Section 3146(d), the United States shall have and recover from defendant, Korynne Bernard, Nehemiah McCombs, and Dennis Jin, jointly and severally, judgment in the amount of $150,000, with interest thereon at the legal rate as provided by law.

_____
HON. SUSAN D. WIGENTON
United States District Judge